IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIGOWATT, LLC and JJ
WESTHOFF CONSTRUCTION
COMPANY, INC.,

        Plaintiffs,

vs.

RK MISSION CRITICAL, LLC,

        Defendant and
        Third-Party Plaintiff,

vs.

SCATE VENTURES INC.,

        Defaulted Third-
        Party Defendant.

4:24-CV-3188

ORDER

IT IS ORDERED:

1.  RK Mission Critical, LLC and SCATE Ventures Inc.'s motion to set aside entry of default (filing 82) is granted.

2.  The Clerk's Entry of Default (filing 74) is set aside.

3.  The Clerk of the Court is directed to identify SCATE Ventures Inc. on the docket as a third-party defendant.

Dated this 25th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge