IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIGOWATT, LLC and JJ WESTHOFF
CONSTRUCTIONS COMPANY, INC.,

        Plaintiffs,

   vs.

RK MISSION CRITICAL, LLC,

        Defendant/Third-Party
        Plaintiff,

SCATE VENTURES INC.,

        Third-Party
        Defendant.

**4:24CV3188**

**FINAL PROGRESSION ORDER
(AMENDED)**

IT IS ORDERED that the unopposed motion to amend, Filing No. 95, is granted. The final progression order, Filing No. 77, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for September 15, 2026 is underlined continued and will be held with the undersigned magistrate judge on **November 17, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for SCATE to serve initial mandatory disclosures under Rule 26(a)(1) is June 12, 2026.

3) The deadlines for moving to amend pleadings or add parties are:

      For the plaintiff(s):      Completed.
      For the defendant(s):     Completed.

1

4) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 19, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 26, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the party bearing the burden of proof:   August 31, 2026.

   For the responding party:                September 7, 2026.

6) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the party bearing the burden of proof:   September 30, 2026.

   For the responding party:                October 21, 2026.

   Rebuttal:                         October 28, 2026.

7) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 31, 2026.

8) The deadline to complete expert depositions is November 18, 2026.

9) The deadline for filing motions to dismiss and motions for summary judgment is January 6, 2027.

10) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 2, 2026.

11) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

12) All other deadlines and provisions in the Court's prior final progression

2

orders not amended herein remain unchanged. No further extensions will be considered absent a <u>substantial</u> showing of good cause.

Dated this 8th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge